IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MAURICE NESBITT ,

     Appellant,

v.

STATE OF FLORIDA ,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4800

_____/

Opinion filed October 20, 2015.

An appeal from the Circuit Court for Leon County.
Frank E. Sheffield, Judge.

Nancy A. Daniels, Public Defender, Steven L. Seliger, Assistant Public Defender,
for Appellant.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Assistant Attorney General,
for Appellee.


PER CURIAM.

     AFFIRMED.

SWANSON, OSTERHAUS, and KELSEY, JJ., CONCUR.